U.S. DISTRICT COURT OF MIDDLE FLORIDA
Hon: Chief Judge
421 W. Central Blvd #1200 Orlando Florida 32801
January 6, 2023

Kryst Zawadzki
A petitioner

V.

Dept of Justice
Respondent

6:23-cv-19-CEM-DAB

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~$Ten millions dollars~~ Reduce to Five millions dollars for earlier, not now Redress required, for plus Ten Thousand dollars every month living cost, without Tax and citizenship papers. I want visit to Seoul Korea
a claim by Kryst Zawadzki a pro se required

Reason by citizenship papers denyed for gambling charged no discrimination

name: Kryst Zawadzki

an amended, a relief
a Forthwith, an Extend

Address: 360 W. Ocean Blvd #1104
Long Beach, CA 90802

Date: January 6, 2023

The final decision
if. more than End of November, 2022 I will plus charge Fifty millions dollars charged.
- Consolidated -
For my age's please pay in full within Two year for end of 2024. and a "merger"
a limitation
an estate
by cash
only one

[FILED 2023 JAN -5 PM 3:18 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA]

FILED

A notice of Appeal

2023 JAN -5 PM 3:28

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

U.S. DISTRICT COURT For the ~~Central~~ Middle DISTRICT OF ~~California~~ Florida

January 6, 2023

Kryst Zawadzki
A petitioner

A notice of appeal

V.

DEPT OF JUSTICE
Respondent

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an immediately
a within Ten days
The last day For Filing
~~double cost~~

notice:   a party: Kryst Zawadzki

Date:

name: Kryst Zawadzki

Address: 360 W. Ocean BLVD #1104
Long Beach, CA 90802

a covenant     Continue. Primary,
a decision      Facts, Parties, condon
a determination     Date: January 6, 2023
a conclude     at least Three-Fourth of, an End, Plus Twenty millions dollars, again plus Twenty millions dollars
a no more     a Rehearing, a Relief, a granted, un amended, an admitted, a conclude
a case        a petition For a writ of certiorari To a Review, a Case, a Judgment, a Reviewed
an order      a good Cause, a good Faith, June 16, 22. again notice; a Reversal, one, only one
warranty      a Jurisdiction to Supreme Court, a decision, one consider, one Final if
a deed        more than End of July, 2022 Than, Plus charged double Cost all of...
continuing    For Time To Time shall be vested, ordain, establish. Courts. Congress. Know it.
              I will Conduct myself, I will Support THE CONSTITUTION OF THE UNITED STAT.

I believe that I am entitled To Redress,    Since: 1993-2022, D.O.B. 1940