UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KRYST ZAWADZKI,**

            **Plaintiff,**

v.    Case No. **6:23-cv-19-CEM-DAB**

**DEPT OF JUSTICE,**

            **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on a document purportedly submitted by Plaintiff Kryst Zawadzki in which he or she references 42 U.S.C. § 1983.[1] (Doc. 1 at 1). Plaintiff appears to reside in California, and it is not clear if he or she is currently incarcerated or what type of relief is sought. The document, which contains a rambling litany of incoherent and unintelligible allegations, is subject to dismissal.

If Plaintiff is seeking to pursue a civil rights action, he or she has failed to file a complaint in accordance with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 8, 10, 11. Plaintiff also has not submitted a motion for leave to proceed *in forma pauperis* or paid the filing fee. Finally, there is no indication that any of the

---

[1] The document is virtually identical to others filed in this Court in prior cases by Young Yil Jo ("Jo"). *See, e.g., Jo v. Six Unknown Names Agent*, 6:19-cv-860-CEM-GJK, Doc. 1. Further, the document is not signed. It appears that Jo filed the document in this case, and he is admonished that he may not file pleadings on behalf of other individuals.

matters Plaintiff references occurred in Florida. Consequently, this Court lacks jurisdiction to consider any civil rights action Plaintiff may wish to file. Therefore, this case will be dismissed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties